MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MAHENDAR SINGH,<br><br>    Defendant. | No. 4-11-71127 MAG<br><br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING TO DECEMBER 6, 2011 AND TO WAIVE TIME FOR PRELIMINARY HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

    The parties, by and through undersigned counsel, move the Court for a continuance of this case from November 10, 2011 to December 6, 2011. The case is presently set for a status hearing on November 10, 2011 to set a date for preliminary hearing or arraignment. The defendant hereby waives time for a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) and the parties hereby stipulate and move the Court for an Order excluding time under the Speedy Trial Act through the next hearing date, December 6, 2011.

    Defense counsel, who was in trial on a different case last week and is set for another trial on a different case to begin on November 28, 2011, is still investigating the case and reviewing discovery from the government. Counsel believes that postponing the preliminary hearing is in her client's best interest and that it is not in her client's best interest for the United States to

present an indictment before the otherwise required preliminary hearing date. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. For defendants who are in custody, Federal Rule of Criminal Procedure 5.1(c) permits the Court to hold a preliminary hearing no later than 14 days after the defendant's initial appearance. Defense counsel has discussed this matter with the defendant and he agrees to waive the time for preliminary hearing under Rule 5.1(c).

The Speedy Trial Act requires that an information or indictment be filed within 30 days of a defendant's arrest. 18 U.S.C. § 3161(b). In this case, the defendant also agrees to toll and to waive, for purposes of the Speedy Trial Act, the period from this date to the next hearing date, December 6, 2011. The parties agree and stipulate that the delay resulting from this continuance serves the ends of justice and that such action outweighs the best interest of the public and the defendant in a speedy trial. Specifically, defense counsel is investigating and obtaining information about this case. The government has provided and is in the process of providing additional pre-indictment discovery. The parties therefore stipulate that an exclusion of time under the Speedy Trial Act for continuity of counsel and effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**SO STIPULATED.**

DATED: November 4, 2011

_____/s/_____
JOYCE LEAVITT, Esq.
Counsel for Defendant Mahendar Singh


MELINDA HAAG
United States Attorney


_____/s/_____
ANDREW S. HUANG
Assistant United States Attorney

STIP. & ORD. CONT. STATUS HRG. & EXCL. TIME
NO. 4-11-71127 MAG

**ORDER**

IT IS HEREBY ORDERED that the status hearing date presently set for November 10, 2011 at 9:30 is VACATED and that this case is CONTINUED to December 6, 2011 at 9:30 a.m. before Magistrate Judge Laurel Beeler for a status hearing to set a preliminary hearing date or arraignment. The Court finds, based on the record and the Stipulation above, that the delay resulting from the continuance of this matter to December 6, 2011 serves the ends of justice and that such action outweighs the best interest of the public and the defendant in a speedy trial. Specifically, the Court finds that denying such a continuance would deny the defendant continuity of counsel and deny defense counsel reasonable time for effective preparation, taking into account the exercise of due diligence. Therefore, IT IS HEREBY ORDERED that the period of time between the date of this Order and December 6, 2011 be excluded for Speedy Trial Act purposes.

DATED: 11/8/2011

Hon. DONNA M. RYU
United States Magistrate Judge

STIP. & ORD. CONT. STATUS HRG. & EXCL. TIME
NO. 4-11-71127 MAG