AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

VIOLATION: 18 U.S.C. § 1594(c) - Conspiracy to commit sex trafficking of children or by force, fraud, or coercion; and 18 U.S.C. § 1594(d) and (e) – Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
(1) Imprisonment: lifetime maximum;
(2) Fine: $250,000;
(3) Supervised release: 5 years maximum;
(4) Special assessment: $100.00; and (5) Forfeiture

**DEFENDANT - U.S.**

▶ MAHENDAR SINGH, a/k/a Mike Singh

DEC -1 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DISTRICT COURT NUMBER**

CR11-00883 PJH

## PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
Homeland Security Investigations, U.S. Department of Homeland Security, and Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**
11-71127 MAG

**Name and Office of Person Furnishing Information on THIS FORM**
MELINDA HAAG
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** ANDREW S. HUANG

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year 10/6/2011

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED

VIOLATION: 18 U.S.C. § 1594(c) - Conspiracy to commit sex trafficking of children or by force, fraud, or coercion; and 18 U.S.C. § 1594(d) and (e) – Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

▶ HELEN JEAN SINGH, a/k/a Helen Jean Kearney

**DISTRICT COURT NUMBER**

CR11-00883  PJH

PENALTY:
(1) Imprisonment: lifetime maximum;
(2) Fine: $250,000;
(3) Supervised release: 5 years maximum;
(4) Special assessment: $100.00; and (5) Forfeiture

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)
Homeland Security Investigations, U.S. Department of Homeland Security, and
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
11-71127 MAG

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year  10/6/2011

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM  MELINDA HAAG
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  ANDREW S. HUANG

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

FILED
DEC 1 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

CR11-00883 PJH

V.

MAHENDAR SINGH (a/k/a Mike Singh), and
HELEN JEAN SINGH, (a/k/a Helen Jean Kearney),

DEFENDANT.

**INDICTMENT**

18 U.S.C. § 1594(c) – Conspiracy to Commit
Sex Trafficking of Children or by Force,
Fraud, or Coercion; and 18 U.S.C. § 1594(d)
and (e) – Criminal Forfeiture

A true bill.

_____ Foreman

Filed in open court this 1 day of Dec 2011

_____ Clerk

Bail, $ No process

MELINDA HAAG (CABN 132612)
United States Attorney

FILED

DEC - 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAHENDAR SINGH<br>(a/k/a Mike Singh), and<br>HELEN JEAN SINGH,<br>(a/k/a Helen Jean Kearney),<br><br>Defendants. | No. CR11-00883<br>VIOLATIONS:<br>18 U.S.C. § 1594(c) – Conspiracy to Commit Sex Trafficking of Children or by Force, Fraud or Coercion; and<br>18 U.S.C. § 1594(d) and (e) – Criminal Forfeiture<br><br>OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times pertinent to this Indictment:

1.  Defendants MAHENDAR SINGH and HELEN JEAN SINGH were married to one another.

2.  Defendants MAHENDAR SINGH and HELEN JEAN SINGH operated an "escort" business, which was, in fact, a prostitution enterprise, *i.e.*, the defendants employed teenage females to provide sex acts to customers in exchange for money and other things of value.

INDICTMENT

3.	Juvenile victim Jane Doe 1, whose identity is known to the Grand Jury, had attained the age of 14 years, but not the age of 18 years.

COUNT ONE: (18 U.S.C. § 1594(c) – Conspiracy to Commit Sex Trafficking)

4.	Paragraphs 1 through 3, above, are hereby incorporated by reference.

5.	Beginning some time unknown to the Grand Jury, but by in or about April 2011, and continuing through in or about August 2011, all dates being approximate and inclusive, in the Northern District of California and elsewhere, the defendants,

MAHENDAR SINGH, and
HELEN JEAN SINGH,

did knowingly conspire with each other and other persons, known and unknown to the Grand Jury, to: (a) in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person; and (b) benefit financially and by receiving a thing of value from participation in a venture that engaged in such acts, knowing and in reckless disregard of the fact that force, threats of force, fraud, and coercion would be used to cause the person to engage in a commercial sex act, and knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Section 1591.

## MANNER AND MEANS OF THE CONSPIRACY

6.	It was part of the conspiracy that defendants MAHENDAR SINGH and HELEN JEAN SINGH, and others known and unknown to the Grand Jury, recruited teenage females, including Jane Doe 1, to perform commercial sex acts for the defendants' prostitution enterprise by promising the teenage females money, drugs, and a family-like environment.

7.	It was further part of the conspiracy that defendants MAHENDAR SINGH and HELEN JEAN SINGH, and others known and unknown to the Grand Jury, maintained control over the teenage females, including Jane Doe 1, in their prostitution enterprise by providing drugs, using physical force and threats of physical force, and fostering a climate of fear, *i.e.*, a scheme, plan, and pattern of conduct intended to lead the teenage females to believe that they and

other people would suffer serious harm, including physical abuse, if they did not continue engaging in acts of prostitution at the direction of the defendants.

8. It was further part of the conspiracy that defendants MAHENDAR SINGH and HELEN JEAN SINGH, and others known and unknown to the Grand Jury, regularly transported teenage females, including Jane Doe 1, between Sacramento County and the San Francisco Bay Area, including travel through Contra Costa County, Alameda County, and elsewhere in the Northern District of California, to engage in commercial sex acts for the defendants in their prostitution enterprise.

9. It was further part of the conspiracy that defendants MAHENDAR SINGH and HELEN JEAN SINGH, and others known and unknown to the Grand Jury, operated the defendants' prostitution enterprise using cellular telephones, laptop computers, the Internet, interstate highways, motels, private residences, and condoms.

10. It was further part of the conspiracy that defendants MAHENDAR SINGH and HELEN JEAN SINGH, and others known and unknown to the Grand Jury, used Internet websites to post advertisements for commercial sex services, including advertisements featuring Jane Doe 1, and cellular telephones to facilitate appointments with customers.

All in violation of Title 18, United States Code, Section 1594(c).

FORFEITURE ALLEGATION: (18 U.S.C. § 1594(d) and (e) – Criminal Forfeiture)

11. The allegations contained in paragraphs 1 through 10 of this Indictment are hereby realleged and incorporated by reference for the purpose of this forfeiture allegation.

12. Pursuant to Title 18, United States Code, Section 1594(d) and (e), upon conviction of the offense alleged in Count One of this Indictment, a violation of Title 18, United States Code, Section 1594(c), the defendants,

MAHENDAR SINGH, and
HELEN JEAN SINGH,

shall forfeit to the United States of America any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense of which the defendants are

INDICTMENT 3

convicted and any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of the offense of which the defendants are convicted.

DATED: 1 Dec 2011

A TRUE BILL.

*[signature]*
FOREPERSON

MELINDA HAAG
United States Attorney

*[signature]*
MAUREEN BESSETTE
Chief, Oakland Branch

(Approved as to form: *[signature]* )
AUSA HUANG

INDICTMENT                                    4